UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

United States Courts
Southern District of Texas
FILED

SEP 13 2017

David J. Bradley, Clerk of Court

| UNITED STATES OF AMERICA | § | |
|---|---|---|
| | § | |
| v. | § | |
| | § | CRIMINAL NO. |
| COREY FLIPPEN | § | |
| SARAH MOUTON | § | |

**17 CR 555**

INDICTMENT

THE GRAND JURY CHARGES THAT:

**Sealed**
Public and unofficial staff access to this instrument are prohibited by court order.

### COUNT ONE

(Possession With Intent to Distribute Controlled Substance)

On or about May 09, 2017, in the Houston Division of the Southern District of Texas and elsewhere, defendants,

**COREY FLIPPEN And
SARAH MOUTON**

did knowingly and intentionally conspire and agree with each other and with other persons known and unknown to the Grand Jurors to possess with intent to distribute 5 grams or more of methamphetamine, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(B).

### COUNT TWO

(Felon in Possession of a Firearm)

On or about May 09, 2017 in the Houston Division of the Southern District of Texas, the defendant,

**COREY FLIPPEN,**

having been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, namely a shotgun, Model Hawk 981R, 12 gauge shotgun, which had been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL:

ORIGINAL SIGNATURE ON FILE
FOREPERSON OF THE GRAND JURY

ABE MARTINEZ
ACTING UNITED STATES ATTORNEY

BY: _____
Celia Moyer
Assistant United States Attorney